UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Gary J. Luiz and Janet Luiz | **Case No :** | 10−26139 − A − 7 |
| | | **Date :** | 4/26/10 |
| | | **Time :** | 09:00 |
| **Matter :** | [13] − Motion/Application to Compel Abandonment [MHK−1] Filed by Debtor Gary J. Luiz, Joint Debtor Janet Luiz (Fee Paid $150) (pdes) | | UNOPPOSED |
| **Judge :** | Michael S. McManus | | |
| **Courtroom Deputy :** | Sarah Head | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :
Dismissed without prejudice
See final ruling below.

The court will issue a minute order.

Final Ruling: The motion will be dismissed without prejudice because it has not been served on all creditors as required by Fed. R. Bankr. P. 6007(a).

In addition, the motion is not supported by competent evidence. The debtors have valued their residence based on a comparative market analysis, attached as an exhibit to the motion. However, the analysis is not authenticated by the person who prepared it, Louise Kuret. None of the exhibits to the motion have been authenticated by a declaration or an affidavit.